UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

JAPHUS LOUIS BRIGGS    CIVIL ACTION NO. 16-0731

VERSUS    JUDGE S. MAURICE HICKS, JR.

PAMELA TOLBERT, ET AL.    MAGISTRATE JUDGE HAYES

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted and for seeking monetary damages against a defendant who is immune from such relief pursuant to pursuant to the provisions of 28 U.S.C.§ 1915(e)(2)(B)(I) and (ii).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 25th day of October, 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE